ROTHNER, SEGALL & GREENSTONE                                JS-6
ANTHONY R. SEGALL (CSB No. 101340)
Email: asegall@rsglabor.com
MICHELE SHERER ANCHETA (CSB No. 192039)
E-mail: mancheta@rsglabor.com
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANA M. HANSON, for and on behalf of Southern California Painting & Drywall Industries Health & Welfare Fund, Southern California Painting & Drywall Industry Vacation Trust Fund, Southern California Painting and Decorating Labor Management Cooperation Committee Trust Fund, and Southern California Painting & Drywall Industries Apprenticeship Trust Fund; and GARY J. MEYERS, for and on behalf of International Painters and Allied Trades Industry Pension Fund ("IUPAT Industry Pension Fund"),<br><br>Plaintiffs,<br><br>v.<br><br>KOLLER COATINGS CORPORATION, INC., GARY KOLLER, an individual and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 09-9223 CAS (FFMx)<br><br>(Honorable Christina A. Snyder)<br><br>JUDGMENT |

Plaintiffs' Motion for Summary Judgment against defendants Koller Coatings Corporation and Gary Koller came on for hearing on February 7, 2011, the Honorable Christina A. Snyder, judge presiding. In accordance with the

-1-

Court's findings/order dated April 4, 2011,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs Ana M. Hanson and Gary J. Meyers for and on behalf of the Southern California Painting & Drywall Industries Trust Funds, recover from defendants Koller Coatings Corporation and Gary Koller jointly and severally the following sums:

| | | |
|---|---|---|
| 1. | Unpaid contributions to the Southern California Painting & Drywall Industries Trust Funds. | $80,424.83 |
| 2. | Prejudgment interest | $15,123.77 |
| 3. | Audit costs | $1,237.50 |
| 4. | Liquidated damages | $7,747.66 |
| ~~5.~~ | ~~Attorneys' fees~~   CAS | _____ |
| ~~6.~~ | ~~Costs of suit~~   CAS | _____ |
| | TOTAL | $104,533.76 |

DATED: May 2, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE